Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry** | **H.** | **Smith** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sharon** | **E.** | **Smith** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Texas** | |
| Case number (if known) | **22-41454** | | |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | | |
|---|---|---|
| Priority Creditor's Name | Last 4 digits of account number _____ | |
| | When was the debt incurred? _____ | |
| Number     Street | **As of the date you file, the claim is:** Check all that apply. | |
| | ☐ Contingent | |
| City     State     ZIP Code | ☐ Unliquidated | |
| **Who incurred the debt?** Check one. | ☐ Disputed | |
| ☐ Debtor 1 only | **Type of PRIORITY unsecured claim:** | |
| ☐ Debtor 2 only | ☐ Domestic support obligations | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Taxes and certain other debts you owe the government | |
| ☐ At least one of the debtors and another | ☐ Claims for death or person injury while you were intoxicated | |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify | |
| **Is the claim subject to offset?** | | |
| ☐ No | | |
| ☐ Yes | | |

| Debtor 1 | **Terry** | **H.** | **Smith** | |
|---|---|---|---|---|
| Debtor 2 | **Sharon** | **E.** | **Smith** | Case number *(if known)* **22-41454** |
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

**ARstart**
Nonpriority Creditor's Name

**231 Main Street 2nd Floor**
Number    Street

**Denison, TX 75020**
City            State    ZIP Code

**Last 4 digits of account number  3020**

**When was the debt incurred?   2020**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

**$1,340.00**

### 4.2

**Citibank/The Home Depot**
Nonpriority Creditor's Name

**Citicorp Credit Srvs/Centralized Bk dept**

**PO Box 790034**
Number    Street

**St Louis, MO 63179**
City            State    ZIP Code

**Last 4 digits of account number  6044**

**When was the debt incurred?   12/01/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$603.00**

### 4.3

**Citibank/The Home Depot**
Nonpriority Creditor's Name

**Citicorp Credit Srvs/Centralized Bk dept**

**PO Box 790034**
Number    Street

**St Louis, MO 63179**
City            State    ZIP Code

**Last 4 digits of account number  2080**

**When was the debt incurred?   07/01/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$924.00**

| Debtor 1 | **Terry** | **H.** | **Smith** | |
|---|---|---|---|---|
| Debtor 2 | **Sharon** | **E.** | **Smith** | Case number *(if known)* **22-41454** |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   **Total claim**

---

**4.4**  **Consumer Reports**  —  Total claim: **$20.00**
Nonpriority Creditor's Name
**Po Box 2073**
Number       Street
**Harlan, IA 51593-0272**
City               State       ZIP Code

**Last 4 digits of account number** 0345
**When was the debt incurred?** 2022

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Subscription**

---

**4.5**  **FC&A**  —  Total claim: **$20.00**
Nonpriority Creditor's Name
**103 Clover Green**
Number       Street
**Peachtree City, GA 30269**
City               State       ZIP Code

**Last 4 digits of account number** 63-9
**When was the debt incurred?** 2022

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

---

**4.6**  **Guideposts**  —  Total claim: **$45.24**
Nonpriority Creditor's Name
**Po Box 5806**
Number       Street
**Harlan, IA 51593-1306**
City               State       ZIP Code

**Last 4 digits of account number** 6452
**When was the debt incurred?** 2022

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Subscription**

---

| Debtor 1 | **Terry** | **H.** | **Smith** | |
|---|---|---|---|---|
| Debtor 2 | **Sharon** | **E.** | **Smith** | Case number *(if known)* **22-41454** |
| | First Name | Middle Name | Last Name | |

### Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

---

**4.7**   **Internal Revenue Service (p)**
Nonpriority Creditor's Name

**PO Box 7346**
Number        Street

**Philadelphia, PA 19101-7346**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **6807**
**When was the debt incurred?**   **2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$2,756.00**

---

**4.8**   **Kohls/Capital One**
Nonpriority Creditor's Name

**Attn: Credit Administrator**
**PO Box 3043**
Number        Street

**Milwaukee, WI 53201-3043**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **5532**
**When was the debt incurred?**   **09/01/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**$2,967.00**

---

**4.9**   **Midnight Velvet**
Nonpriority Creditor's Name

**1112 7th Ave**
Number        Street

**Monroe, WI 53566-1364**
City                                State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  **529O**
**When was the debt incurred?**   **04/01/2022**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card - Montgomery Ward**

**$251.00**

---

| | | |
|---|---|---|
| Debtor 1 | **Terry** H. **Smith** | |
| Debtor 2 | **Sharon** E. **Smith** | Case number *(if known)* **22-41454** |
| | First Name   Middle Name   Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

---

**4.10**  **Paris Regional Medical Center**    Last 4 digits of account number **1144**    **$1,340.00**
Nonpriority Creditor's Name
**865 Deshong Dr.**    When was the debt incurred?  **2020**
Number   Street
**Paris, TX 75460**    **As of the date you file, the claim is:** Check all that apply.
City   State   ZIP Code
❑ Contingent
**Who incurred the debt?** Check one.
❑ Unliquidated
❑ Debtor 1 only
❑ Disputed
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**
❑ At least one of the debtors and another    ❑ Student loans
❑ **Check if this claim is for a community debt**    ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**    ❑ Debts to pension or profit-sharing plans, and other similar debts
☑ No    ☑ Other. Specify
❑ Yes    **Medical Bill**

---

**4.11**  **Quality Care ER**    Last 4 digits of account number **6325**    **$1,880.00**
Nonpriority Creditor's Name
**PO Box 12781**    When was the debt incurred?  **2022**
Number   Street
**Oklahoma City, OK 73157-2781**    **As of the date you file, the claim is:** Check all that apply.
City   State   ZIP Code
❑ Contingent
**Who incurred the debt?** Check one.
❑ Unliquidated
❑ Debtor 1 only
❑ Disputed
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**
❑ At least one of the debtors and another    ❑ Student loans
❑ **Check if this claim is for a community debt**    ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**    ❑ Debts to pension or profit-sharing plans, and other similar debts
☑ No    ☑ Other. Specify
❑ Yes    **Medical Bill**

---

**4.12**  **Quality Care ER**    Last 4 digits of account number **1046**    **$147.00**
Nonpriority Creditor's Name
**2675 41st St SE Suite 101**    When was the debt incurred?  **08/25/2022**
Number   Street
**Paris, TX 75462**    **As of the date you file, the claim is:** Check all that apply.
City   State   ZIP Code
❑ Contingent
**Who incurred the debt?** Check one.
❑ Unliquidated
❑ Debtor 1 only
❑ Disputed
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**
❑ At least one of the debtors and another    ❑ Student loans
❑ **Check if this claim is for a community debt**    ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**    ❑ Debts to pension or profit-sharing plans, and other similar debts
☑ No    ☑ Other. Specify
❑ Yes    **Medical Bill**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry** | **H.** | **Smith** |
| Debtor 2 | **Sharon** | **E.** | **Smith** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **22-41454**

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

**Total claim**

---

**4.13**  **Syncb/Ivan Smith**  
Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**PO Box 965060**  
Number        Street  
**Orlando, FL 32896-5060**  
City             State      ZIP Code  

**Who incurred the debt?** Check one.  
❑ Debtor 1 only  
❑ Debtor 2 only  
☑ Debtor 1 and Debtor 2 only  
❑ At least one of the debtors and another  
❑ **Check if this claim is for a community debt**  

**Is the claim subject to offset?**  
☑ No  
❑ Yes  

**Last 4 digits of account number** **2021**  
**When was the debt incurred?** **11/01/2020**  

**As of the date you file, the claim is:** Check all that apply.  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

**Type of NONPRIORITY unsecured claim:**  
❑ Student loans  
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
❑ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify **Credit Card**

**$3,327.00**

---

**4.14**  **Syncb/Walmart**  
Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**PO Box 965060**  
Number        Street  
**Orlando, FL 32896-5060**  
City             State      ZIP Code  

**Who incurred the debt?** Check one.  
❑ Debtor 1 only  
❑ Debtor 2 only  
☑ Debtor 1 and Debtor 2 only  
❑ At least one of the debtors and another  
❑ **Check if this claim is for a community debt**  

**Is the claim subject to offset?**  
☑ No  
❑ Yes  

**Last 4 digits of account number** **3816**  
**When was the debt incurred?** **08/01/2019**  

**As of the date you file, the claim is:** Check all that apply.  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

**Type of NONPRIORITY unsecured claim:**  
❑ Student loans  
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
❑ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify **Credit Card**

**$817.00**

---

**4.15**  **Syncb/Walmart**  
Nonpriority Creditor's Name  
**Attn: Bankruptcy**  
**PO Box 965060**  
Number        Street  
**Orlando, FL 32896-5060**  
City             State      ZIP Code  

**Who incurred the debt?** Check one.  
❑ Debtor 1 only  
❑ Debtor 2 only  
☑ Debtor 1 and Debtor 2 only  
❑ At least one of the debtors and another  
❑ **Check if this claim is for a community debt**  

**Is the claim subject to offset?**  
☑ No  
❑ Yes  

**Last 4 digits of account number** **8773**  
**When was the debt incurred?** **08/01/2019**  

**As of the date you file, the claim is:** Check all that apply.  
❑ Contingent  
❑ Unliquidated  
❑ Disputed  

**Type of NONPRIORITY unsecured claim:**  
❑ Student loans  
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
❑ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify **Credit Card**

**$1,671.00**

---

| Debtor 1 | **Terry** | **H.** | **Smith** | |
|---|---|---|---|---|
| Debtor 2 | **Sharon** | **E.** | **Smith** | Case number *(if known)* **22-41454** |
| | First Name | Middle Name | Last Name | |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**

**Total claim**

| 4.16 | **UT Southwestern Medical Center** | Last 4 digits of account number **1547** | **$3,777.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 848009**
Number    Street

**Dallas, TX 75284**
City    State    ZIP Code

**When was the debt incurred?**  **2019**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical Bill**

| | | | |
|---|---|---|---|
| Debtor 1 | **Terry** | **H.** | **Smith** |
| Debtor 2 | **Sharon** | **E.** | **Smith** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **22-41454**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Attorney General of the United States**
Name
**950 Pennsylvania Ave. Nw**
Number    Street
**Washington, DC 20530-0001**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

---

**Capital One - Walmart**
Name
**PO Box 60519**
Number    Street
**City of Industry, CA 91716**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

---

**Capital One - Walmart**
Name
**PO Box 60519**
Number    Street
**City of Industry, CA 91716**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

---

**Capital One (p)**
Name
**Attn: Bankruptcy**
**PO Box 30285**
Number    Street
**Salt Lake City, UT 84130-0285**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

---

**Citibank NA (p)**
Name
**701 East 60th Street North**
Number    Street
**Sioux Falls, SD 57117**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

---

**Citibank NA (p)**
Name
**701 East 60th Street North**
Number    Street
**Sioux Falls, SD 57117**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

---

**Guideposts**
Name
**PO Box 5815**
Number    Street
**Harlan, IA 51593**
City        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ____

| Debtor 1 | **Terry** | **H.** | **Smith** | |
|---|---|---|---|---|
| Debtor 2 | **Sharon** | **E.** | **Smith** | Case number *(if known)* **22-41454** |
| | First Name | Middle Name | Last Name | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**Home Depot**
Name
**PO Box 6497**
Number      Street
**Sioux Falls, SD 57117-6497**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Home Depot**
Name
**PO Box 6497**
Number      Street
**Sioux Falls, SD 57117-6497**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Home Depot Credit Services**
Name
**PO Box 790328**
Number      Street
**Saint Louis, MO 63179**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Home Depot Credit Services**
Name
**PO Box 790328**
Number      Street
**Saint Louis, MO 63179**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Ivan Smith Furniture**
Name
**Attn: Bankruptcy Dept**
**PO Box 965064**
Number      Street
**Orlando, FL 32896-5064**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Ivan Smith Furniture/Synchrony(p)**
Name
**c/o Synchrony Bank Attn: Bankruptcy Dept**
**PO Box 965061**
Number      Street
**Orlando, FL 32896-5061**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.13** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Kohl's(p)**
Name
**Po Box 3043**
Number      Street
**Milwaukee, WI 53201-3043**
City                    State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.8** of (*Check one*):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Terry** | **H.** | **Smith** | |
|---|---|---|---|---|
| Debtor 2 | **Sharon** | **E.** | **Smith** | Case number *(if known)* **22-41454** |
| | First Name | Middle Name | Last Name | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

---

**MiraMed Revenue Group**
Name
**360 E. 22nd Street**
Number       Street
**Lombard, IL 60148**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.16** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Montgomery Ward**
Name
**3650 Milwaukee Street**
Number       Street
**Madison, WI 53714-2399**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.9** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Paris Regional Medical Center**
Name
**1597 Cole Boulevard Suite 150**
Number       Street
**Golden, CO 80401**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.10** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Quality Care ER Paris**
Name
**2675 41st Street SE**
Number       Street
**Paris, TX 75462**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.11** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Synchrony Bank - Walmart(p)**
Name
**Attn: Bankruptcy Dept**
**PO Box 965060**
Number       Street
**Orlando, FL 32896-5060**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.14** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Synchrony Bank - Walmart(p)**
Name
**Attn: Bankruptcy Dept**
**PO Box 965060**
Number       Street
**Orlando, FL 32896-5060**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.15** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

---

**Synergy Radiology Associates**
Name
**a division of singleton associates, PA**
**PO Box 208108**
Number       Street
**Dallas, TX 75320-8108**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.12** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** **9093**

---

| Debtor 1 | **Terry** | **H.** | **Smith** | |
|---|---|---|---|---|
| Debtor 2 | **Sharon** | **E.** | **Smith** | Case number *(if known)* **22-41454** |
| | First Name | Middle Name | Last Name | |

**Part 3:** List Others to Be Notified About a Debt That You Already Listed Additional Page

| | |
|---|---|
| **United States Attorney's Office**<br>Name<br>**Att: Civil Process Clerk**<br>**110 North College Avenue Suite 700**<br>Number        Street<br>**Tyler, TX 75702-0204**<br>City                              State      ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br><br>Line **4.7** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**Last 4 digits of account number** _____ |

| | | |
|---|---|---|
| Debtor 1 | **Terry**     **H.**     **Smith** | |
| Debtor 2 | **Sharon**     **E.**     **Smith** | Case number *(if known)* **22-41454** |
| | First Name     Middle Name     Last Name | |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. **Domestic support obligations** | 6a. | $0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $0.00 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. **Student loans** | 6f. | $0.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $21,885.24 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $21,885.24 |