IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:                                        CASE NO. 22-41454

TERRY H. SMITH
SHARON E. SMITH
XXX-XX-6031
XXX-XX-6807
925 MEDALIST STREET
PARIS, TX 75460


**DEBTOR(S)**                                  **CHAPTER 7**

NOTICE OF AMENDED MATRIX

The following creditors should be added to the Matrix:

1. Quality Care ER
   2675 41st St SE Suite 101
   Paris, TX 75462

2. Synergy Radiology Associates
   a division of singleton associates, PA
   PO Box 208108
   Dallas, TX 75320-8108


SIGNED, this the 23rd day of November, 2022

/s/Carol Cross Stone
Carol Cross Stone
TX State Bar #24064289
Attorney for Debtor
Law Office of Carol Cross Stone, PLLC
1118 Judson Road
Longview, TX 75601
903-759-5922 (Voice)
866-929-0734 (Fax)
Carol@CrossStone.com